June D. Coleman - 191890
Darrell W. Spence - 248011
ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
jcoleman@ecplslaw.com
dspence@ecplslaw.com

Attorneys for
DEFENDANT CURTIS O. BARNES, P.C.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN - LOS ANGELES

| | |
|---|---|
| TASHA JOHNSON, individually and on behalf of all others similarly situated, | Case No.: 09-CV-07960-GHK-RNB |

paragraphs 1 through 4 as though fully stated herein.

6. As to Paragraph 6, Defendant admits that a debt was incurred by Plaintiff from HSBC. Defendant lacks sufficient information to admit or deny whether the debt was "personal" in nature.

7. As to Paragraph 7, Defendant admits.

8. As to Paragraph 8, Defendant admits that it sent a letter to Plaintiff on September 21, 2009 letter and that Plaintiff received the letter. Defendant admits that the quoted language appears in the letter. Defendant denies all remaining allegations contained therein.

9. As to Paragraph 9, Defendant admits that a copy of the September 21, 2009 letter is attached to Plaintiff's complaint. Defendant denies all remaining allegations contained therein.

10. As to Paragraph 10, Defendant denies these allegations.

11. As to Paragraph 11, Defendant admits.

12. As to Paragraph 12, Defendant denies.

13. As to Paragraph 13, Defendant denies.

14. As to Paragraph 14, Defendant admits that Plaintiff agreed to a payment plan. Defendant denies all remaining allegations contained therein.

15. As to Paragraph 15, Defendant admits that Plaintiff made a $1,000.00 payment. Defendant denies all remaining allegations contained therein.

16. As to Paragraph 16, Defendant denies.

17. As to Paragraph 17, Defendant admits that it left approximately six telephone messages for Plaintiff during the period of September 30 to October 16, 2009.

18. As to Paragraph 18, Defendant denies.

19. As to Paragraph 19, Defendant denies.

20. As to Paragraph 20, Defendant lacks sufficient information to admit or deny, and on that basis denies.

21. As to Paragraph 21, Defendant admits that it received a dispute letter from Plaintiff on or about October 19, 2009. Defendant admits that it left one message for Plaintiff after receipt of the letter. Defendant denies all remaining allegations contained therein.

22. As to Paragraph 22, Defendant denies.

23. As to Paragraph 23, Defendant denies.

24. Defendant repeats and incorporates by reference its responses to paragraphs 1 through

## DEMAND FOR JURY TRIAL

DEFENDANT CURTIS O. BARNES, P.C. hereby demands a jury trial in this matter.

Dated: December 8, 2009

Ellis, Coleman, Poirier, LaVoie, & Steinheimer LLP

By */s/ Darrell W. Spence*
Darrell W. Spence
Attorney for
LDG FINANCIAL SERVICES, LLC

## CERTIFICATE OF SERVICE

I, Rosanne Estrella, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On December 8, 2009, I served the following document(s) on the parties in the within action: